**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 20-11093 |
|    Ignacio Tejeda | ) | | |
|    Cathy Ann Burnett | ) | Chapter: | Chapter 13 |
| | ) | | |
|                Debtors | ) | Judge: | Deborah L. Thorne |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on **May 26, 2021** at **1:30 p.m.,** I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present the motion of **MOTION TO MODIFY CONFIRMED PLAN,** a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** */s/ Dale Riley*
                      Dale Riley
                      Geraci Law L.L.C.
                      55 E. Monroe Street #3400
                      Chicago, Illinois 60603
                      312.332.1800
                      ndil@geracilaw.com

**CERTIFICATE OF SERVICE**

I, Dale Riley, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on May 4, 2021 before 5:30 p.m.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 20-11093 |
| Ignacio Tejeda | ) | | |
| Cathy Ann Burnett | ) | Chapter: | Chapter 13 |
| | ) | | |
| Debtors | ) | Judge: | Deborah L. Thorne |

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Ignacio Manuel TejedaCathy Ann Burnett, 18506 Argyle Ave, Homewood, IL 60430

ALL OTHER CREDITORS ON THE ATTACHED SERVICE LIST

Ignacio Manuel Tejeda
Cathy Ann Burnett
18506 Argyle Ave
Homewood, IL 60430

Bank of America
Bankruptcy Department
PO Box 15168
Wilmington DE 19850

Barclays Bank Delaware
Bankruptcy Department
125 S. West St.
Wilmington DE 19801

Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington DE 19850

Citibank
C/O Cavalry Portfolio SERV
Po Box 27288
Tempe AZ 85285

Citibank
Bankruptcy Dept.
701 E. 60th St., North
Sioux Falls SD 57117

City of Chicago
Attn: City Clerk of Chicago
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Comenitybank/Eddiebaur
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Comenitybk/WILLIAMS VS
Attn: Bankruptcy Dept.
Po Box 182120
Columbus OH 43218

FORD Motor Credit COMP
Attn: Bankruptcy Dept.
Po Box Box 542000
Omaha NE 68154

Illinois Housing Development Authority
111 E. Wacker Dr. Ste. 1000
Chicago IL 60601

Kohls/Capone
Attn: Bankruptcy Dept.
N56 Ridgewood Dr
Menomonee Fal WI 53051

Macys/DSNB
Attn: Bankruptcy Dept.
Po Box 8218
Mason OH 45040

Progressive Insurance
Bankruptcy Dept
6300 Wilson Mills Rd
Mayfield Village OH 44143

Caine & Weiner
Bankruptcy Dept.
PO Box 5010
Woodland Hills CA 91365

Suntrust BANK
Attn: Bankruptcy Dept.
55 Park Pl Ne Ste 1055
Atlanta GA 30303

Syncb/Amazon
Attn: Bankruptcy Dept.
Po Box 965015
Orlando FL 32896

Syncb/CARE CREDIT
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering OH 45420

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

Clerk, Sixth Mun Div
20M6001936
16501 S. Kedzie
Markham IL 60426

U.S. Small Business Administation
Bankruptcy Department
2 North 20th Street
Birmingham AL 35203

US BANK
Attn: Bankruptcy Dept.
4325 17Th Ave S
Fargo ND 58125

Village of Matteson
Bankruptcy Department
4900 Village Commons
Matteson IL 60443

Municipal Collection Serv. Inc
Bankruptcy Dept.
PO Box 327
Palos Heights IL 60463

Municipal Collection Serv. Inc
Bankruptcy Dept.
PO Box 327
Palos Heights IL 60463

Wells Fargo Home Mortgage
Bankruptcy Dept
8480 Stagecoach Cir
Frederick MD 21701

WF CRD SVC
Attn: Bankruptcy Dept.
Po Box 14517
Des Moines IA 50306

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 20-11093 |
| --- | --- | --- | --- |
| Ignacio Tejeda | ) | | |
| Cathy Ann Burnett | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | Deborah L. Thorne |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, Mr. & Mrs. Ignacio Tejeda (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 05/18/2020.

3. The Debtors' plan was confirmed by the Court on 08/12/2020.

4. During the plan, Mr. Tejeda's self-employment income decreased due to the COVID-19 pandemic. Mr. Tejeda estimates he only makes $175 from his self-employment per month.

5. The Debtors are on a fixed income and due to this decrease in Mr. Tejeda's income, the Debtors wish to lower their plan payment to $125 a month for the next 12 months. Please see Exhibit A for an updated budget.

6. For the reasons stated above, it is necessary for the successful completion of the Debtors' plan to lower the Debtors' plan payments to $125 a month for the next 12 months.

7. The Debtors' plan will need to be extended to 66 months pursuant to 11 U.S. Code § 1329 (d).

WHEREFORE THE DEBTORS, Mr. & Mrs. Ignacio Tejeda, respectfully request this Honorable Court enter an order:

1. Lowering the Debtor's plan payments to $125 a month for the next 12 months.

2. Extending the Debtor's plan term to 66 months pursuant to 11 U.S. Code § 1329 (d).

3. Any other relief the court deems proper.

**By:** /s/ Dale Riley
Dale Riley

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800 (Fax):   877.247.1960